SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD V. ANDERSON, Cal. Bar No. 83148
JAMES M. CHADWICK, Cal. Bar No. 157114
TENAYA RODEWALD, Cal. Bar No. 248563
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:     650.815.2601
Email:          evanderson@sheppardmullin.com
                    jchadwick@sheppardmullin.com
                    trodewald@sheppardmullin.com

Attorneys for Centrify Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>            Plaintiff,<br><br>       v.<br><br>CENTIFY, INC., MATT BULLOCK and DOES 1-10,<br><br>            Defendants. | Case No. 3:16-cv-6482-MMC<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Complaint Filed November 7, 2016 |

PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF SANTA CLARA</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Santa Clara, State of California. My business address is 379 Lytton Avenue, Palo Alto, CA 94301-1479.

On November 22, 2016, I served true copies of the following document(s) described as:

**CASE MANAGEMENT CONFERENCE ORDER (with attached Standing Order for Civil Cases Assigned to the Honorable Maxine M. Chesney)**

on the interested parties in this action as follows:

Centify, Inc.
c/o California Registered Agent for Service of Process
C T CORPORATION SYSTEM
818 W. 7th Street, Suite 930
Los Angeles, CA 90017

Matt Bullock
c/o Britt Anderson, Esq.
K& L GATES
630 Hansen Way
Palo Alto, CA 94304

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2016, at Palo Alto, California.

Robin P. Regnier

SMRH:479959105.1

Case No. 3:16-cv-6482-MMC
CERTIFICATE OF SERVICE